

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 2:45:57 PM
CHRISTOPHER A. PRINE
Clerk

November 20, 2015

CELESTE BLACKBURN
ATTORNEY OF RECORD
333 N. RIVERSHIRE DR., SUITE 285
CONROE, TEXAS 77382

Defendant's Name: JAMEL JUREA WILLIAMS

Cause No: 1426876

Court: 232ND DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/12/2015
**Sentence Imposed Date:** 11/12/2015
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** CELESTE BLACKBURN

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

ARLENE WEBB (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin   P.O. Box 4651   Houston, Texas   77210-4651

Cause No. 1426876

THE STATE OF TEXAS

V.

Jamel Williams

232 District Court

Harris County, Texas

**FILED**

Chris Daniel
~~District Clerk~~

NOV 1 2 2015

Time:_____

Harris County, Texas

By_____
Deputy

22/999
22/998
13/997

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On 11-12-2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

11-12-2015
**Date**

Jamel Williams
**Defendant (Printed name)**

Andrew D Martin
**Attorney (Signature)**

Andrew D Martin
**Attorney (Printed name)**

24000347
**State Bar Number**

PO Box 3372 Houston TX 77253
**Address**

713 675 7477
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X

_____
**Defendant (Signature)**

Jamel Williams
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON 11/12/2015

By Deputy District Clerk of Harris County, Texas _____

13/998

# ORDER

On __11/12/2015__ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☒ IS indigent for the purpose of

    ☒ employing counsel

    ☒ paying for a clerk's and court reporter's record.

    ☒ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☒ Counsel's motion to withdraw is ⟨GRANTED⟩ / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☒ Defendant's / appellant's motion is GRANTED and

    ☒ _Celeste Carter-Blackburn_ spn# 02425838  Bar# 24038803 (attorney's name & bar card number)
    is APPOINTED to represent defendant / appellant on appeal.

    ☒ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☒ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: __11/16/2015__

JUDGE, PRESIDING,
232nd DISTRICT COURT /
HARRIS COUNTY, TEXAS

Cause No. 1426876

## THE STATE OF TEXAS

### v.

### Jamel Williams

### 232 District Court

### Harris County, Texas

### OATH OF APPOINTED ATTORNEY ON APPEAL

I, Celeste Blackburn, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary.

_____
Attorney-at-Law (Signature)

24038803 / 0189233-7    02425838
BAR Number / SPN

333 N. Rivershire Dr. Ste 205
Address

Conroe, Tx 77382
City / State / Zip

936-703-5000
Phone

877-900-2822
FAX

SWORN TO AND SUBSCRIBED BEFORE ME ON ___11/16/2015___

By Deputy District Clerk of Harris County, Texas ___S. M___

 

Cause No. 1426876

THE STATE OF TEXAS

IN THE 232 DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

Jamel Williams Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____
Judge

_____11/16/2015_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

**FILED**
Chris Daniel
District Clerk

NOV 16 2015

Time:_____
Harris County, Texas

By_____
Deputy

State Bar of Texas ID number: 24038803

Telephone number: _____

Mailing Address: _____

Fax number (if any): _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

**CLERK**

9/1/2011

# APPEAL CARD

Court **232nd**  DUE: 1-11-16  Cause No. **1426876**

### The State of Texas
### Vs

**Jamel Jurea Williams**

11.12.15

**Date Notice Of Appeal:** 11/12/2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Mary Lou keel

**Court Reporter** Arlene webb

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Andrew Dwight Martin

**Attorney on Appeal** Celeste Blackburn

Appointed **X** Hired _____

**Offense** Agg Assault with a Deadly wegon

**Jury Trial** Yes **X** No_____

**Punishment Assessed** 10 years TDC

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** No Bond

**Appellant Confined:** Yes **X** No_____

**Date Submitted To Appeal Section** 11/16/2015  11-20

**Deputy Clerk** _____